UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**12-80168-CR-HURLEY/HOPKINS**
Case No._____

21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. §2

FILED by __KZ__ D.C.
ELECTRONIC

Sep 11, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

vs.

DOMINIC KHALEEL,
and
MICHAEL BEN-HAYON,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about June 8, 2012 through on or about June 13, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**DOMINIC KHALEEL,**
**and**
**MICHAEL BEN-HAYON,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved less than fifty kilograms of marijuana.

## COUNT TWO

On or about June 13, 2012, in Palm Beach County, in the Southern District of Florida, the defendants,

**DOMINIC KHALEEL,**
and
**MICHAEL BEN-HAYON,**

did knowingly attempt to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved less than fifty kilograms of marijuana.

## FORFEITURE

Upon conviction of any of the violations alleged in Counts One and Two of this indictment, the defendant(s) DOMINIC KHALEEL and MICHAEL BEN-HAYON shall forfeit to the United States any and all property constituting or derived from any proceeds which the defendant(s) obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit or facilitate the commission of such violation, including, but not limited to, the following: one hundred thousand dollars ($100,000.00) in United States currency seized from MICHAEL BEN-HAYON on June 13, 2012, all pursuant to Title 21, United States Code, Section 853.

If any of the forfeitable property described in the forfeiture section of this Indictment, as a result of any act or omission of the defendant(s),

(a)  cannot be located upon the exercise of due diligence;

2

(b)     has been transferred or sold to, or deposited with, a third person;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property, pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 12-80168-CR-HURLEY/HOPKINS

vs.

DOMINIC KHALEEL and
MICHAEL BEN-HAYON
                    Defendants.
_____/

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami   ___ Key West
___ FTL   _X_ WPB   ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _No_
   List language and/or dialect

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      _X_          Petty     ___
   II   6 to 10 days     ___          Minor     ___
   III  11 to 20 days    ___          Misdem.   ___
   IV   21 to 60 days    ___          Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   ___

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 188591

*Penalty Sheet(s) attached                                                   REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DOMINIC KHALEEL

Case No: 12-80168-CR-Hurley/Hopkins

Count #: 1

Conspiracy to possess with intent to distribute a controlled substance, to wit, marijuana

Title 21 U.S.C. § 841(a)(1)

* **Max.Penalty**: up to 5 Years' Imprisonment; $250,000 Fine

Count #: 2

Attempting to possess with intent to distribute a controlled substance, to wit, marijuana

Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(D)

* **Max.Penalty**: up to 5 Years' Imprisonment; $250,000 Fine

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MICHAEL BEN-HAYON

Case No: 12-80168-CR-Hurley/Hopkins

Count #: 1

Conspiracy to possess with intent to distribute a controlled substance, to wit, marijuana

Title 21 U.S.C. § 841(a)(1)

* **Max. Penalty**: up to 5 Years' Imprisonment; $250,000 Fine

Count #: 2

Attempting to possess with intent to distribute a controlled substance, to wit, marijuana

Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(D)

* **Max. Penalty**: up to 5 Years' Imprisonment; $250,000 Fine

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.